# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JORDALE CARTER

NO. 2021 KW 1464

**NOVEMBER 24, 2021**

---

In Re:    Jordale Carter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-18-0288.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**STAY DENIED. WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT